BUICK MOTOR COMPANY and GENERAL MOTORS CORPORATION, Appellants, v. MANHATTAN USED BUICK, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of EMIL BITTLER, as Executor, etc., of EMIL BITTLER, Deceased, for a Peremptory Mandamus Order Directed to GEORGE P. NICHOLSON, Esq., as Corporation Counsel, etc., Closing and Discontinuance of Union Street or Uncas Street, Otherwise Known as Fox Street, Otherwise Known as East 150th Street, in the Twenty-third Ward, Borough of The Bronx.— Order reversed, with ten dollars costs and disbursements to the respondent, the motion for a peremptory mandamus order denied, and an alternative order of mandamus granted, upon the ground that the petitioner has not shown that he has a legal right to the peremptory order, and that the answering affidavits present questions of fact which can only be determined upon a trial. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ROSE LILLY REALTY CORPORATION, Respondent, v. V. & R. REALTY CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ..

MORRIS ROSENTHAL, an Infant, etc., Appellant, v. OTTO EIGEN and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application to Discharge an Amended Mechanic's Lien Filed by JAMES A. HENDERSON BUILDER, INC., Appellant, v. PREMISES AT THE SOUTHWEST CORNER OF 172D STREET AND METCALFE AVE., IN THE BOROUGH OF THE BRONX, CITY OF NEW YORK. YUNI BROS. REALTY CO., INC., Alleged Owner, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GERTRUDE BURY, Respondent, v. CHARLES W. BURY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EUGATNOM REALTY AND CONSTRUCTION COMPANY, Respondent, v. ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUIS LUBOW, Appellant, v. THE TRAVELERS FIRE INSURANCE COMPANY OF HARTFORD, CONN., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NATHAN MARCUS, JR., Appellant, v. 611 MADISON AVENUE, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.